UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 22-2701

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| vs. | ) |
| | ) |
| TOU THAO, | ) |
| | ) |
| Appellant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE APPEAL BRIEF**

On September 9, 2022, the United States Court of Appeals for the Eighth Circuit issued an Order establishing October 3, 2022, as the date on which Appellant's brief is due. This was the initial criminal appeal briefing schedule.

On September 20, 2022, Counsel for Appellant filed a Motion for Extension of Time respectfully requesting a continuance of deadlines to late February 2023 for the following reasons.

At this time, Counsel for Appellant makes another Motion for Extension of Time to February 2023 for the same reasons.

1

The reason for this request is that Counsel for Appellant represents Appellant in the corresponding State of Minnesota case (*State v. Tou Thao*, 27-CR-20-12949) which will begin trial today – October 24, 2022 – and is scheduled to go to December 16, 2022. Additionally, Counsel Robert Paule is scheduled to have surgery in January 2023, after the state trial finishes. As such, Counsel makes the continuance request for a mid to late February brief due date as this would give Counsel time post-surgery to adequately prepare their brief.

Counsel for Appellant has spoken with Appellee-counsel, AUSA Elizabeth Parr Hecker via email, who has no objection to this motion.

Respectfully submitted,

Dated: This 24th day of October, 2022

/s/ Natalie R. Paule
Natalie R. Paule (#0401590)
Paule Law P.L.L.C.
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
T: (612) 440-3404
nrp@paulelaw.com

# CERTIFICATE OF COMPLIANCE

I. This document complies with the word limits of Fed. R. App. P. 27(d)(2) because this document contains 201 words.

II. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionately spaced typeface using Microsoft Word 365, 14 point Times New Roman.

                              Respectfully submitted,

Dated: This 24th day of October, 2022     /s/ Natalie R. Paule
                                                               Natalie R. Paule (#0401590)
                                                               Paule Law P.L.L.C.
                                                               101 East Fifth Street
                                                               Suite 1500
                                                               St. Paul, MN 55101
                                                               T: (612) 440-3404
                                                               nrp@paulelaw.com